**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ERIC Y. KIZIRIAN, SB# 210584
  E-Mail: Eric.Kizirian@lewisbrisbois.com
ZOURIK ZARIFIAN, SB# 306368
  E-Mail: Zourik.Zarifian@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant,
KIA AMERICA, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| DAVID GRIESEMER, LAURA ANN HARRIS, JULIANN MAGUIRE, and JL JOSHUA SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>KIA AMERICA, INC.,<br><br>Defendant. | Case No. 8:22-cv-01545-FWS-JDEx<br><br>**NOTICE OF SETTLEMENT**<br><br>Judge: Hon. Fred W. Slaughter<br>Ctrm: 10D<br><br>Action Filed: August 8, 2022<br>Trial Date: August 25, 2026 |

NOTICE OF SETTLEMENT

Please take notice that Plaintiffs David Griesemer, Laura Ann Harris, Juliann Maguire, and JL Joshua Smith and Defendant Kia America, Inc. (together the "Parties") have agreed to the material terms for a class action settlement and are working to document their agreement in a full settlement agreement and release. While the Parties have agreed to the substantive terms of the settlement for the Class, they have scheduled a second Mediation session with Judge Joel Schneider (Ret.) of JAMS on February 25, 2026, to mediate attorneys' fees, costs, expenses, and enhancement awards for the named Plaintiffs. Accordingly, in their concurrently-filed Stipulation, the Parties request that the Court enter an order vacating all pending deadlines and the trial date in this matter pending the filing of a Motion for Preliminary Approval by Plaintiffs following the Parties' Mediation on February 25, 2026.

Dated: February 5, 2026

Respectfully submitted,

_____
Eric Y. Kizirian
Eric.Kizirian@lewisbrisbois.com
Zourik Zarifian
Zourik.Zarifian@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

*Attorneys for Defendant Kia America, Inc.*

Dated: February 5, 2026

   */s/Andrew W. Ferich*
Andrew W. Ferich (*pro hac vice*)
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
(310) 474-9111
aferich@ahdootwolfson.com

- 1 -

NOTICE OF SETTLEMENT

Robert Ahdoot (SBN 172098)
Sarper Unal (SBN 341739)
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, California 91505
Telephone: (310) 474-9111
Facsimile: (310) 474-8585
rahdoot@ahdootwolfson.com
sunal@ahdootwolfson.com

Ben Barnow (*pro hac vice*)
Anthony L. Parkhill (*pro hac vice*)
Riley W. Prince (*pro hac vice*)
rprince@barnowlaw.com
**BARNOW AND ASSOCIATES, P.C.**
205 W. Randolph Street, Suite 1630
Chicago, IL 60606
Telephone: (312) 621-2000

*Attorneys for Plaintiffs and the Putative Class*

**ATTESTATION**

I hereby certify, pursuant to Local Rule 5-4.3.4(a)(2)(i), that all other signatories listed, and on whose behalf this document is submitted, concur in the document's content and have authorized its filing and the placement of their electronic signatures above.

Dated: February 5, 2026   LEWIS BRISBOIS BISGAARD &SMITH LLP

  _____
  By: Eric Y. Kizirian
  *Attorneys for Defendant Kia America, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 5, 2026, a true and correct copy of the above and foregoing was filed with the Clerk of Court via the Court's CM/ECF system for electronic service on all counsel of record.

Dated: February 5, 2026                         LEWIS BRISBOIS BISGAARD &SMITH LLP

                                                _____
                                                By: Eric Y. Kizirian
                                                *Attorneys for Defendant Kia America, Inc.*