**NOTE: CHANGES MADE BY COURT**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| DAVID GRIESEMER, LAURA ANN HARRIS, JULIANN MAGUIRE, and JL JOSHUA SMITH, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> KIA AMERICA, INC., <br><br> Defendant. | Case No. 8:22-cv-01545-FWS-JDE <br><br> **ORDER RE STIPULATION FOR AN ORDER VACATING ALL PENDING DEADLINES AND TRIAL DATE [89]** |

///

///

///

Having reviewed and considered the Stipulation for an Order Vacating All Pending Deadlines and Trial Date [89] ("Stipulation"), between Plaintiff David Griesemer, Plaintiff Laura Ann Harris, Plaintiff Juliann Maguire, and Plaintiff JL Joshua Smith, (collectively, "Plaintiffs") and Defendant Kia America, Inc., the files and records of the case, the applicable law, for the good cause demonstrated by the Stipulation, the court **APPROVES** the Stipulation and **ORDERS** the following:

- All pending proceedings in this case are **VACATED** and **TAKEN OFF CALENDAR**.
- The deadline for Plaintiffs to file an appropriate motion for preliminary approval of settlement, and all necessary appropriate supporting paper is on or before **April 11, 2026**.

**IT IS SO ORDERED.**

Dated: February 6, 2026

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE